Jean M. Lawler (SBN 91254)
  jlawler@murchisonlaw.com
Nancy N. Potter (SBN 91762)
  npotter@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California  90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Plaintiff WESTFIELD INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, an Ohio insurance company,<br><br>             Plaintiff,<br><br>     vs.<br><br>FREMONT-PEACOCK, INC., a California corporation; KIRK PROUSE, , an individual, dba Fremont Cleaners & Laundry and/or Fremont Square Cleaners; THE ESTATE OF PEGGY PROUSE, a deceased individual, dba Fremont Cleaners & Laundry and/or Fremont Square Cleaners; B.G.N. FREMONT SQUARE, LTD,  a California Limited Partnership.<br><br>             Defendants. | CASE NO. 2:13-cv-02483 (GAF)-RZ<br><br>**ORDER RE: STIPULATION FOR THE DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS**<br><br>Action Filed:     10/17/2013 |

1
**ORDER RE: STIPULATION FOR THE DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS**

IT IS HEREBY ORDERED that per the stipulation between the parties this action shall be dismissed without prejudice in its entirety, and that each party shall bear its own attorney fees and costs.

Dated: January 22, 2014

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

JS-6

**ORDER RE: STIPULATION FOR THE DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS**